UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:25–cv–01620–MWF–JPR          Date        February 6, 2026

Title        ADRIANA YARELIS DE JESUS V. AMAZON.COM SERVICES LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                                    Not Reported;
    Courtroom Deputy                              Court Reporter

   Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
           None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 1/30/26 (Mediation Report), the Court
sets a hearing on Order To Show Cause Re Dismissal for March 23, 2026 at 11:30 AM.
If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar
and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                            Initials of Clerk:  rs